**Order entered March 8, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01460-CR

## THE STATE OF TEXAS, Appellant

## V.

## GEORGE THOMPSON, Appellee

**On Appeal from the County Criminal Court No. 6**
**Dallas County, Texas**
**Trial Court Cause No. MA17-13978-G**

## ORDER

Before the Court are appellee's March 5, 2019 motion for extension of time to file his brief and Jessica Warren's March 5, 2019 unopposed motion to withdraw as counsel for appellee. We **GRANT** both motions.

In her motion to withdraw, counsel represents that appellee is now indigent and in need of appointed counsel. Accordingly, we **ORDER** the trial court to determine whether appellee is indigent and entitled to appointment of counsel. In the event the trial court determines appellee is not indigent and entitled to appointment of counsel, we **ORDER** the trial court to file findings of fact to that effect. If the trial court determines appellee is indigent and entitled to appointed counsel, we **ORDER** the trial court to appoint new counsel to represent appellee on appeal.

We **ORDER** the trial court to transmit to this Court, within **FIFTEEN DAYS** of the date of this order, a supplemental clerk's record containing either its findings of fact showing appellee is not entitled to appointed counsel or else the order appointing new counsel.

We **ABATE** the appeal to allow the trial court to comply with this order. We will reinstate the appeal when we receive the supplemental clerk's record or at such other time as the Court deems appropriate. Upon reinstatement, the Court will set a new due date for appellee's brief.

/s/    CORY L. CARLYLE
        JUSTICE